No. 78–5549. SHERRIL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–5565. O'CALAGAN (CEREZO) v. GOVERNMENT OF THE CANAL ZONE. C. A. 5th Cir. Certiorari denied. █

No. 78–5572. O'BRYANT v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 78–5584. ALEXANDER v. SMITH, CORRECTIONAL SU-PERINTENDENT. C. A. 2d Cir. Certiorari denied. █

No. 78–5588. McCLENDON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–5595. JIMENEZ (GONZALEZ) v. GOVERNMENT OF THE CANAL ZONE. C. A. 5th Cir. Certiorari denied. █

No. 78–5596. KRUCKEBERG v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 78–5602. KEY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 78–5603. BLOCH ET UX. v. SUFFOLK COUNTY FEDERAL SAVINGS & LOAN ASSN. C. A. 2d Cir. Certiorari denied.

No. 78–5607. CLECKLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5608. BROWN v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 78–5614. VOGEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.